460 A.2d 851

Commonwealth v. Marusa, Appellant.

604

Before BROSKY, McEWEN and WATKINS, JJ.

BROSKY, J., filed a memorandum dissenting opinion.